HONORABLE STEPHEN WM. SMITH, PRESIDING  
DEPUTY CLERK: Jason Marchand  ERO: Sibourch  
INTERPRETER: No  USPO: F. Troiani

CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF TEXAS  
FILED  
6-29-18  
DAVID J. BRADLEY, Clerk

OPEN: 10:23   ADJOURN: 10:24

CR. No. 18-344   DEFT No. 8   USDJ Lake

UNITED STATES OF AMERICA  
vs.  
Keith Hudson

Catherine Wagner _____ AUSA

Brett Podolsky

## ARRAIGNMENT

- [x] Arraignment held.  ____ Superseding Indictment  ____ Information
- [x] Defts first appearance with counsel.
- [x] Deft enters a plea of not guilty on all counts.
- [ ] Waiver of Speedy Trial executed.
- [ ] Waiver of Indictment.
- [x] Docket Control Order issued w/cc to parties  ____ to be mailed  ____ not issued
- [x] Bond continued.
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Deft REMANDED to the custody of the U.S. Marshal
- [ ] Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS: